IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| RICHARD SHARP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ENHANCED RECOVERY COMPANY, LLC, | ) | |
| | ) | |
| Defendant. | ) | Civil Action No. 6:11-CV-049-C |

### ORDER OF DISMISSAL

Pursuant to the Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With[out] Prejudice Pursuant to Rule 41(a), filed July 20, 2011,

IT IS ORDERED that this cause is **DISMISSED** with prejudice, with costs taxed against the party incurring same.[1]

Dated July 20, 2011.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

---

[1] Although the title of the Notice of Withdrawal indicates the dismissal is "without" prejudice, the text of the Notice of Withdrawal indicates the dismissal is "with" prejudice.